**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

```
FILED
11 FEB 18 PM 5:27
```


| UNITED STATES OF AMERICA, | CASE NO. 10CR5104-BEN |
|---|---|
| Plaintiff, | |
| vs. | BY: _____ DEPUTY |
| MAURICE LEROME SMITH (1), | **JUDGMENT OF DISMISSAL** |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) of the Information: **TITLE 18 U.S.C. §1591(a)and(b)**;
**TITLE 18 U.S.C. §1594**.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 14, 2011

_____
HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE